**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-7188**

───────────

ANDR'E F. JONES-EL,

Plaintiff - Appellant,

versus

STAN G. HOLLBERRY; DONNA MAYNE, Director;
JANET WURIE, Nurse Practitioner,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (CA-05-390)

───────────

Submitted: October 31, 2005        Decided: November 18, 2005

───────────

Before TRAXLER, KING, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Andr'e F. Jones-El, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andr'e F. Jones-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones-El v. Hollberry, No. CA-05-390 (E.D. Va. July 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED